FILED08 OCT '26 16:57USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**ANTHONY PATRICK CONNELLY,**

**Defendant.**

**3:26-cr-**00420-AN

**INDICTMENT**

**18 U.S.C. § 924(h)**
**18 U.S.C. § 933(a)(1)**
**18 U.S.C. § 922(g)(1)**

**Forfeiture Allegations**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 22, 2026, in the District of Oregon, the defendant **ANTHONY PATRICK CONNELLY**, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Weatherby Vanguard 25-06 rifle; a Ruger Blackhawk .44 caliber revolver and a Mauser M98 8mm rifle, knowing or having reasonable cause to believe that the firearms would be used to commit a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

///

**COUNT 2**
**(Firearms Trafficking)**
**(18 U.S.C. § 933(a)(1))**

On or about September 22, 2026, in the District of Oregon, defendant **ANTHONY PATRICK CONNELLY,** did ship, transport, transfer, cause to be transported or otherwise dispose of the following firearms, to wit:

(1) A Weatherby Vanguard 25-06 rifle;

(2) A Ruger Blackhawk .44 caliber revolver;

(3) A Mauser M98 8mm rifle;

To an undercover special agent, having reasonable cause to believe that the use, carrying or possession of a firearm by the recipient would constitute a felony as defined in Title 18 U.S.C. 932(a),

In violation of Title 18, United States Code, Section 933(a)(1).

**COUNT 3**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about September 22, 2026, in the District of Oregon, defendant **ANTHONY PATRICK CONNELLY**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unauthorized Use of a Vehicle, in violation of Oregon State Statute ORS 164.135, in Clackamas County Circuit Court, State of Oregon, on or about January 10, 2018;

did knowingly and unlawfully possess the following firearm:

(1) A Weatherby Vanguard 25-06 rifle;

(2) A Ruger Blackhawk .44 caliber revolver;

(3) A Mauser M98 8mm rifle,

which firearm and ammunition had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 4**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 23, 2026, in the District of Oregon, the defendant **ANTHONY PATRICK CONNELLY**, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Smith & Wesson Model 4006 .40 caliber pistol and a Sig Sauer Model P365 9mm pistol, knowing or having reasonable cause to believe that the firearms would be used to commit a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

**COUNT 5**
**(Firearms Trafficking)**
**(18 U.S.C. § 933(a)(1))**

On or about September 23, 2026, in the District of Oregon, defendant **ANTHONY PATRICK CONNELLY,** did ship, transport, transfer, cause to be transported or otherwise dispose of the following firearms, to wit:

(1) A Smith & Wesson Model 4006 .40 caliber pistol;

(2) A Sig Sauer Model P365 9mm pistol;

To an undercover special agent, having reasonable cause to believe that the use, carrying or possession of a firearm by the recipient would constitute a felony as defined in Title 18 U.S.C. 932(a),

In violation of Title 18, United States Code, Section 933(a)(1).

**COUNT 6**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about September 23, 2026, in the District of Oregon, defendant **ANTHONY PATRICK CONNELLY**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unauthorized Use of a Vehicle, in violation of Oregon State Statute ORS 164.135, in Clackamas County Circuit Court, State of Oregon, on or about January 10, 2018;

did knowingly and unlawfully possess the following firearm:

(1) A Smith & Wesson Model 4006 .40 caliber pistol;

(2) A Sig Sauer Model P365 9mm pistol;

which firearm and ammunition had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses in Counts 1 through 6, defendant **ANTHONY PATRICK CONNELLY**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in that offense, including without limitation:

(1) A Weatherby Vanguard 25-06 rifle;

(2) A Ruger Blackhawk .44 caliber revolver;

(3) A Mauser M98 8mm rifle;

(4) A Smith & Wesson Model 4006 .40 caliber pistol; and

(5) A Sig Sauer Model P365 9mm pistol.

Dated: October 8, 2026

A TRUE BILL.

O[redacted]PERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NICOLE BOCKELMAN, OSB # 105934
Assistant United States Attorney